## CALDER v. CHAPMAN.

If one obstructs a road approved of by the court, though only partially opened, he is liable to the penalty under the act of Assembly.

The road as laid out by the viewers and approved by the court, cannot be altered in its course by the supervisors, even with the assent of the owner of the land.

IN error from the Common Pleas of Wayne county.

July 11. This was a *qui tam* action to recover the penalty for the obstruction of a road.

It appeared that a road had been laid out by viewers, and approved by the court, but not opened throughout the whole course. The defendant cut a mill-race across a part of the road which had been opened — and the supervisor having attempted to build a bridge across it, was opposed by defendant and this action brought.

The court said he was liable under the act, and further, in answer to the defendant's point, that the road as marked by the viewers, was the only one which could be obstructed under the act, —this principle would only apply to the case of a road opened and used on a route differing from that surveyed by the viewers.

*Wheeler* and *Collins*, for plaintiff in error.

*Dimmick*, contrà.

BELL, J.—The question principally turned upon the meaning of the 4th section of the act of 1836, and we think the construction given it by the court is within the letter, and in accordance with its spirit. Any other interpretation would put it in the power of an

interested or mischievous person effectually to prevent the opening of a recorded road, as was done in this instance.

The notion that the road could be legally opened over other ground than that designated by the view and approved by the court, was rightly repudiated.

In some portions of the country this false idea is frequently practised upon, and is often productive of mischief. It should be discontinued. It is almost needless to say, that neither the supervisor nor any unofficial person possess the right to shift the locality of a recorded road, even though the latter happens to be the owner of the ground over which it runs.

Judgment affirmed.